Submitted on record and briefs June 30, convictions affirmed; remanded for resentencing August 6, 1997

## STATE OF OREGON,
*Respondent,*

*v.*

## ERIC PAUL DAVIS,
*Appellant.*

(92C-20417; CA A82459)

944 P2d 323

Sally L. Avera, Public Defender, and Diane L. Alessi, Chief Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Berkey*, 129 Or App 398, 877 P2d 1238, *rev den* 320 Or 360 (1994).